# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Broderick Graves,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 3:04cv397; 3:93cr133

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/13/05 Order.

                                                          FRANK G. JOHNS, CLERK

June 14, 2005

                                                          BY: Jeanie Koechley, Deputy Clerk